In the Matter of the Accounting of I. Arthur Rosenberg et al., as Executors of Davis Kessler, Deceased. Samuel H. Cohen, Appellant; I. Arthur Rosenberg et al., as Executors under the Joint Will of Davis Kessler, Deceased, and Another, Deceased, Respondents.

Submitted November 17, 1952; decided December 5, 1952.

*Samuel H. Cohen,* in person, for motion.

*David Stein* opposed.

Motion denied, with $10 costs.